IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELISABETH M. GEORGE,<br><br>        Plaintiff,<br><br>vs.<br><br>CHEYENNE COUNTY HOSPITAL ASSOCIATION, INC.,<br><br>        Defendant. | **8:17CV170**<br><br>**ORDER** |

IT IS ORDERED that the parties' joint motion to extend deadlines ([Filing No. 15](#)) is granted and the final progression order ([Filing No. 11](#)) is amended as follows:

1) The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on September 17, 2018, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on September 4, 2018 at **1:00 p.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to [zwart@ned.uscourts.gov](mailto:zwart@ned.uscourts.gov), in either Word Perfect or Word format, by 5:00 p.m. on September 7, 2018.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is February 8, 2018. Motions to compel Rule 33 through 36 discovery must be filed

by February 22, 2018.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deposition deadline is March 13, 2018.

5) The deadline for filing motions to dismiss and motions for summary judgment is May 9, 2018.[1]

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 13, 2018.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated this 16th day of January, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.