IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELISABETH M. GEORGE,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHEYENNE COUNTY HOSPITAL ASSOCIATION, INC.,<br><br>　　　　　　　Defendant. | **8:17CV170**<br><br>**ORDER** |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 27):

IT IS ORDERED, ADJUDGED AND DECREED that the claims between Plaintiff and Defendant are dismissed with prejudice, the parties to pay their own costs and attorney fees.

Dated this 2nd day of October, 2018.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge